21091. MILLS *v.* POMEROY, Judge.

21092. JOHNSON *v.* POMEROY, Judge.

LUKE, J. In each of these cases the supporting affidavits, as to the character, residence, associates, etc., of the two "newly discovered" witnesses, fail to state the names of their associates; and therefore, under

repeated decisions of the Supreme Court and of this court, it was not error for the judge to refuse to entertain the extraordinary motion for a new trial, based solely upon the alleged newly discovered evidence of the two witnesses. Furthermore, the alleged newly discovered evidence is merely impeaching, and is not of that extraordinary character which is required to obtain a new trial upon an extraordinary motion therefor. See, in this connection, *Cox* v. *Hillyer*, 65 *Ga.* 57; *Seaboard Air-Line Ry.* v. *Reid*, 6 *Ga. App.* 18 (63 S. E. 1130); *Griffin* v. *Brand*, 18 *Ga. App.* 641 (90 S. E. 90).

The court did not err in refusing to entertain the extraordinary motion for a new trial or in refusing to certify the bill of exceptions.

*Mandamus nisi denied. Broyles, C. J., disqualified. Jenkins, P. J., and Bloodworth, J., concur.*

*B. C. Broyles, Madison Bell, Paul L. Lindsay,* for applicants.